UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT and SHANNON RANEY,

    Plaintiffs,

v.

GREEN TREE SERVICING, LLC,

    Defendant.

C14-1937 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) The parties' stipulation regarding discovery, docket no. 23, shall be binding on the parties without the Court's signature. The Clerk is directed to modify the related docket entry to reflect that the document is a stipulation of the parties, rather than a proposed order.

    (2) The Clerk is further directed to send a copy of this Minute Order to all counsel of record.

    Dated this 16th day of September, 2016.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1