THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON and SCOTT RANEY.<br><br>    vs.            Plaintiff,<br><br>GREEN TREE SERVICING LLC, et al.,<br><br>                        Defendants. | NO.  2:14-cv-01937-TSZ<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>EX PARTE<br><br>NOTED: November 3, 2016 |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Shannon and Scott Raney hereby requests that the Court take Judicial Notice of the following documents pursuant to Federal Evidence Rule 902(4).

Exhibit A: A copy of the Stipulated Order For Permanent Injunction and Monetary Judgment, *Federal Trade Commission and Consumer Financial Protection Bureau vs. Green Tree Servicing LLC,* No. 15-cv-02064-SRN-JSM, Dkt. No. 5 (D. Minn. Apr. 24, 2015).

True and correct copies are attached hereto.

Plaintiff's Request for Judicial Notice- 1

Vondra Law Firm, PLLC
10675 Willows Rd NE, Ste 250
REDMOND, WASHINGTON  98052
(425) 629-6398
FAX (425) 999-4875

Dated: November 3, 2016

                                      Respectfully Submitted,

                                      By /s/*Adria Vondra*
                                      Adria Vondra, WSBA No. 40883
                                      Attorney for Plaintiff
                                      Vondra Law Firm, PLLC
                                      10675 Willows Road NE, Ste 250
                                      Redmond, WA  98052
                                      (425) 629-6398
                                      avondra@vondralawfirm.com

Plaintiff's Request for Judicial Notice- 2

## CERTIFICATE OF SERVICE

I, Adria Vondra, hereby certify that on November 3rd, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

> William G. Fig, WSBA #33943
> Email:  wfig@sussmanshank.com
> SUSSMAN SHANK LLP
> 1000 SW Broadway, Suite 1400
> Portland, Oregon 97205
> Telephone: (503) 227-1111
> Facsimile: (503) 248-0130
>
> *Attorney for Defendant Green Tree Servicing LLC*

DATED this 3rd day of November, 2016

VONDRA LAW FIRM, PLLC

By: */s/Adria Vondra*
Adria Vondra, WSBA No. 40883
Attorney for Plaintiffs
10675 Willows Road NE, Ste 250
Redmond, WA  98052
Phone: (425) 629-6398
Facsimile: (425) 999-4875
Email:  avondra@vondralawfirm.com

Plaintiff's Request for Judicial Notice- 3