THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON and SCOTT RANEY.<br><br>                    Plaintiff,<br>    vs.<br><br>GREEN TREE SERVICING LLC, et al.,<br><br>                    Defendants. | NO.  2:14-cv-01937-TSZ<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>EX PARTE<br><br>NOTED: November 3, 2016 |

**REQUEST FOR JUDICIAL NOTICE**

Plaintiffs Shannon and Scott Raney hereby requests that the Court take Judicial Notice of the following documents pursuant to Federal Evidence Rule 902(4).

Exhibit A: A copy of the Stipulated Order For Permanent Injunction and Monetary Judgment, *Federal Trade Commission and Consumer Financial Protection Bureau vs. Green Tree Servicing LLC,* No. 15-cv-02064-SRN-JSM, Dkt. No. 5 (D. Minn. Apr. 24, 2015).

True and correct copies are attached hereto.

Plaintiff's Request for Judicial Notice- 1

Vondra Law Firm, PLLC
10675 Willows Rd NE, Ste 250
REDMOND, WASHINGTON  98052
(425) 629-6398
FAX (425) 999-4875

1   Dated: November 3, 2016

3                                                           Respectfully Submitted,

5                                                           By /s/*Adria Vondra*
                                                            Adria Vondra, WSBA No. 40883
                                                            Attorney for Plaintiff
6                                                           Vondra Law Firm, PLLC
                                                            10675 Willows Road NE, Ste 250
7                                                           Redmond, WA  98052
8                                                           (425) 629-6398
                                                            avondra@vondralawfirm.com

Plaintiff's Request for Judicial Notice- 2

## CERTIFICATE OF SERVICE

I, Adria Vondra, hereby certify that on November 3rd, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

    William G. Fig, WSBA #33943
    Email:  wfig@sussmanshank.com
    SUSSMAN SHANK LLP
    1000 SW Broadway, Suite 1400
    Portland, Oregon 97205
    Telephone: (503) 227-1111
    Facsimile: (503) 248-0130

*Attorney for Defendant Green Tree Servicing LLC*

DATED this 3rd day of November, 2016

        VONDRA LAW FIRM, PLLC

        By: */s/Adria Vondra*
        Adria Vondra, WSBA No. 40883
        Attorney for Plaintiffs
        10675 Willows Road NE, Ste 250
        Redmond, WA  98052
        Phone: (425) 629-6398
        Facsimile: (425) 999-4875
        Email:  avondra@vondralawfirm.com

Plaintiff's Request for Judicial Notice- 3

Vondra Law Firm, PLLC
10675 Willows Rd NE, Ste 250
REDMOND, WASHINGTON  98052
(425) 629-6398
FAX (425) 999-4875