1  William G. Fig, WSBA 33943                                          Honorable Thomas S. Zilly
   wfig@sussmanshank.com
2  SUSSMAN SHANK LLP
   1000 SW Broadway, Suite 1400
3  Portland, OR  97205
   Telephone: (503) 227-1111
4  Facsimile: (503) 248-0130

5  Attorneys for Defendant Green Tree Servicing LLC

6

7

8                          UNITED STATES DISTRICT COURT

9                        WESTERN DISTRICT OF WASHINGTON
                                    AT SEATTLE
10

11  SCOTT and SHANNON RANEY,              )    Case No.  2:14-cv-01937-TSZ
                                          )
12              Plaintiffs,               )    GREEN TREE SERVICING LLC'S
          v.                              )    OBJECTION TO REQUEST FOR
13                                        )    JUDICIAL NOTICE
    GREEN TREE SERVICING LLC,             )
14                                        )
                Defendant.                )
15                                        )

16        Green Tree Servicing LLC ("Green Tree") objects to plaintiffs' Request for

17  Judicial Notice (Dkt. 33) on the following grounds:

18        1.    It was not timely filed;

19        2.    It is not property filed under LCR 7 or properly noted for hearing under

20  LCR 7(d);

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

GREEN TREE SERVICING LLC'S OBJECTION TO                    SUSSMAN SHANK LLP
REQUEST FOR JUDICIAL NOTICE - Page 1                        ATTORNEYS AT LAW
                                                         1000 SW BROADWAY, SUITE 1400
                                                         PORTLAND, OREGON 97205-3089
                                                          TELEPHONE (503) 227-1111
                                                          FACSIMILE (503) 248-0130

1        3.       Under FRE 201, the court may not take judicial notice of a fact or factual

2    findings in another litigation, it may only take judicial notice of the existence of a

3    pleading. *Taylor v. Charter Med. Corp.*, 162 F3d 827, 830 (5th Cir 1998).

4            Dated this 11th day of November, 2016.

5                                      SUSSMAN SHANK LLP

6                                      By s/ William G. Fig
                                          William G. Fig, WSBA 33943
7                                         wfig@sussmanshank.com
                                          Attorneys for Green Tree Servicing LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1       <u>CERTIFICATE OF SERVICE</u>

2       THE UNDERSIGNED certifies:

3       1.     My name is Jennifer M. Langlois. I am a citizen of Multnomah County,

4 state of Oregon, over the age of eighteen (18) years and not a party to this action.

5       2.     On November 11, 2016, I caused to be delivered **electronically through**

6 **the court's ecf system** a copy of: **GREEN TREE SERVICING LLC'S OBJECTION**

7 **TO REQUEST FOR JUDICIAL NOTICE** to the interested parties of record,

8 addressed as follows:

9     Adria Vondra    avondra@vondralawfirm.com
        Attorneys for Plaintiff

10

11       I SWEAR UNDER PENALTY OF PERJURY that the foregoing is true and correct

12 to the best of my knowledge, information, and belief.

13

                 <u>s/ Jennifer M. Langlois</u>

14                  Jennifer M. Langlois, Legal Assistant

15

16

17

18

19   *22428-057\OBJECTION TO JUDICIAL NOTICE (02439007);1

20

21

22

23

24

25

26

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130