UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT and SHANNON RANEY,

Plaintiffs,

v.

GREEN TREE SERVICING, LLC,

Defendant.

C14-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Green Tree Servicing, LLC's motion in limine, docket no. 39, is RENOTED to January 6, 2017. Any response shall be filed by noon on January 3, 2017. No reply shall be filed unless requested by the Court.

(2) Oral argument on all pending motions is hereby SET for January 10, 2017, at 10:00 a.m.

(3) Given the timing of oral argument, the deadline for filing an agreed pretrial order, trial briefs, and proposed findings of fact and conclusions of law is EXTENDED to January 17, 2017. The pretrial conference remains scheduled for January 20, 2017, at 2:00 p.m.

(4) To accommodate the Court's schedule, the trial date is CONTINUED to February 6, 2017. Counsel are advised that two criminal matters are also set for trial on that date, and if they do not resolve, the trial date in this case will need to be further adjusted. If the attorneys, parties, or witnesses have scheduling conflicts during February or March 2017, the parties shall file an appropriate notice within fourteen (14) days of the date of this Minute Order.

MINUTE ORDER - 1

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of December, 2016.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2