UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT and SHANNON RANEY,

    Plaintiffs,

v.

GREEN TREE SERVICING, LLC,

    Defendant.

C14-1937 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to continue the trial date and related deadlines, docket no. 44, is GRANTED as follows:

    (a) The oral argument SET for January 10, 2017, at 10:00 a.m., is STRICKEN;

    (b) The cross-motions for partial summary judgment, docket nos. 25 and 28, are RENOTED to January 27, 2017;

    (c) The parties shall file a Joint Status Report by January 27, 2017, indicating whether they have participated in mediation and, if so, whether this matter has been resolved, or, if not, when mediation is scheduled; after reviewing such Joint Status Report, the Court might schedule oral argument on the cross-motions for partial summary judgment;

    (d) Defendant's motions in limine, docket no. 39, are RENOTED to April 7, 2017; any response shall be filed by April 3, 2017; no reply shall be filed unless requested by the Court; counsel shall be prepared to address the motions in limine at the pretrial conference;

MINUTE ORDER - 1

1       (e)     The trial date is CONTINUED from February 6, 2017, to April 24, 2017; the pretrial conference is SET for April 14, 2017, at 11:00 a.m.; and the agreed pretrial order, trial briefs, and proposed findings of fact and conclusions of law are DUE on April 10, 2017.

      (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of December, 2016.

                         William M. McCool
                         Clerk

                         s/Karen Dews
                         Deputy Clerk

MINUTE ORDER - 2